UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 18-61756-CIV-MARTINEZ-SNOW**

GARY DEAR, individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

Q CLUB HOTEL, LLC,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING
ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court on a *sua sponte* review of the record. The record reflects that on April 6, 2020, this Court granted Plaintiff's counsel's motion to withdraw as counsel and required Plaintiff to either retain new counsel and have new counsel file a Notice of Appearance, or file a Notice of Intent to Proceed *Pro Se* on or before May 3, 2020, [ECF No. 21]. The Court also stated that "[f]ailure to comply with this Order SHALL result in this Court immediately dismissing Plaintiff's case without prejudice." *Id.*

On July 16, 2020, the Court issued an Order to Show Cause, requiring Plaintiff to show cause by complying with the foregoing withdrawal order on or before July 24, 2020. [ECF No. 24]. Plaintiff was again cautioned that "[f]ailure to comply shall result in dismissal of this action without prejudice," and that "[n]o further warning shall be given." [*Id.* at 2]. The time to comply with the Court's orders has passed and, to date, nothing has been filed by Plaintiff. Accordingly, after careful consideration, it is hereby:

      **ORDERED AND ADJUDGED that**

1.      This case is **DISMISSED WITHOUT PREJUDICE**.

2.      This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record

Gary Dear
13706 Imperial Topaz Tr.
Delray Beach, FL 33446

Gary Dear
16022 Laurel Creek Drive
Delray Beach, FL 33446

---

[1] The Court notes that Defendant filed a "Motion for Sanctions," requesting the same relief granted herein. Accordingly, this Order moots Defendant's motion.